To: June Lowe, case coordinator      Date: _8/24/10_

From: Jack B. Weinstein

NEW CASE    DKT. # _CV10-3834_

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 25 2010 ★

BROOKLYN OFFICE

Magistrate Judge _POLLAK_

Treat under Local Rule 72.2 _✓_

Respectfully request expedition subject to view of the

Magistrate Judge_____

Set a conference before me as soon as possible after service_____

Issue an order to show cause why the case should not be dismissed as frivolous_____

Respectfully refer to the Magistrate Judge for:

_____
_____

Issue order as follows:

_____
_____

Other_____