```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
COBBLE HILL HEALTH CENTER, INC.,
                                                                    10-CV-3834
                        Plaintiff,                                  (JBW)(CLP)

            - against -
                                                                    ANSWER
SAFECO INSURANCE COMPANY OF AMERICA

                        Defendant.
-----------------------------------------------------------------X
```

Defendant Safeco Insurance Company of America ("Safeco"), by and through its undersigned attorneys Torre, Lentz, Gamell, Gary & Rittmaster, LLP, as and for its answer to the complaint of plaintiff Cobble Hill Health Center, Inc. ("Cobble Hill"), alleges upon information and belief as follows:

1. Denies any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 1 of the complaint, except denies that Safeco has failed to perform under a performance bond discussed below.

2. Denies any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 2 of the complaint.

3. Admits the allegations set forth in paragraph 3 of the complaint.

4. Denies any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraphs 4, 5, and 6 of the complaint, except admits that Safeco is a Washington Insurance Company with its principal place of business located in a State other than New York.

122807 v3

1

5. Denies any knowledge or information sufficient to form a belief as to the truth each and every allegation contained in paragraphs 7 and 8 of the complaint, except admits Safeco, as surety, and Cauldwell Wingate Company, LLC ("Cauldwell"), as principal issued Performance Bond No. 6553306, dated July 9, 2008, in favor of Cobble Hill, as Owner, in connection with Cauldwell's contract with Cobble Hill for the construction of a certain building at 822 Lexington Avenue, Brooklyn, New York (the "Performance Bond"), a copy of the Performance Bond is annexed to the complaint as Exhibit A, and Safeco begs leave to refer to the Performance Bond for its complete terms and provisions.

6. Denies any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraphs 9, 10, and 11 of the complaint.

7. Denies any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 12 of the complaint, except admits receipt of a certain letter dated May 18, 2010 from Cobble Hill, and begs leave to refer to said letter for its complete contents.

8. Denies any knowledge and information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 13 of the complaint, except admits that there was a certain conference call in or about May 2010 between representatives from Cobble Hill, Cauldwell and Safeco.

9. Denies any knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraphs 14, 15, 16, and 17 of the

complaint, except admits receipt of certain letters dated June 23, July 2 and July 13, 2010 from Cobble Hill and begs leave to refer to of said letters for their complete contents.

10. Denies each and every allegation set forth in paragraph 18 of the complaint.

11. Defendant repeats and realleges each of its responses to each of the allegations repeated and realleged in paragraph 19 of the complaint with the same force and effect as if fully set forth herein.

12. Denies any knowledge and information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 20 of the complaint, except specifically denies that Cobble Hill has paid all amounts due and owing to Cauldwell.

13. Denies each and every allegation set forth in paragraphs 21, 22, and 23 of the complaint.

14. Defendant repeats and realleges each of its responses to each of the allegations repeated and realleged in paragraph 24 of the complaint with the same force and effect as if fully set forth herein.

15. Denies each and every allegation contained in paragraph 25 of the complaint, except admits Safeco and Cauldwell issued the Performance Bond, and beg leave to refer to the Performance Bond for its complete terms and provisions.

16. Denies each and every allegation set forth in paragraphs 26, 27, 28, 29, 30, and 31 of the complaint.

## FIRST DEFENSE

17. Section 3 of the Performance Bond requires that there be "no Owner Default" before Safeco's obligation shall arise.

18. Section 12.4 of the Performance Bond defines "Owner Default" as:

"Failure of the Owner, which has neither been remedied nor waived, to pay the Contractor as required by the Construction Contract or to perform and complete or comply with the other terms thereof"

19. Upon information and belief, the Owner, Cobble Hill, is in "Default" under the bond for non-payment of amounts owed to Cauldwell, and accordingly, Safeco has no obligations to Cobble Hill under the Performance Bond.

WHEREFORE, defendant Safeco Insurance Company of America demands judgment dismissing the complaint, together with attorneys' fees, costs of suit, and such other and further relief as to the Court may seem just and proper.

Dated: Jericho, New York
       November 1, 2010

                            TORRE, LENTZ, GAMELL, GARY
                                  & RITTMASTER, LLP
                            Attorneys for Defendant
                            Fidelity & Deposit Company of Maryland

                            By: /s/Benjamin D. Lentz
                                  Benjamin D. Lentz
                            100 Jericho Quadrangle, Suite 309
                            Jericho NY 11753-2702
                            (516) 240-8900

TO: David J. Pfeffer (DP-1317)
      Tarter Krinsky & Drogin, LLP
      Attorneys for Plaintiff
      1350 Broadway
      New York, NY 10018
      (212) 216-8000

Index No.: 10-cv-3834                    20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COBBLE HILL HEALTH CENTER, INC.

                Plaintiff,

-against-

SAFECO INSURANCE COMPANY OF AMERICA,

                Defendant.

## ANSWER

**TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP**
Attorney(s) for Defendant
Office and Post Office Address, Telephone
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NEW YORK 11753-2702
Tel: (516) 240-8900

_____ Esq.

To:

Attorney(s) for

Service of a copy of the within _____ is hereby admitted:

Dated, N.Y.,                    20

Attorney(s) for

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP