# TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
## ATTORNEYS AT LAW

100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NEW YORK 11753-2702

TELEPHONE: (516) 240-8900
FACSIMILE: (516) 240-8950

November 10, 2010

Benjamin D. Lentz
blentz@tlggr.com

### BY FACSIMILE (718) 613-2365 AND ELECTRONIC SUBMISSION

The Honorable Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Cobble Hill Health Center, Inc. v. Safeco Insurance Company of America v. Cauldwell Wingate Company, LLC (Index No. 10 CV 3834)

Your Honor,

An initial conference in the above referenced matter has been scheduled for November 15, 2010 at 11:00 a.m. Counselors for plaintiff (Cobble Hill Health Center, Inc.) and third party defendants (Cauldwell Wingate Company, LLC) have agreed to recommend mediation to their respective clients.

Having obtained the consent of David Pfeffer, counsel for Cobble Hill Health Center, Inc., and David Rosenberg, counsel for Cauldwell Wingate Company, LLC, we therefore respectfully request an adjournment of the initial conference so as to allow the plaintiff and third party defendants to schedule and conduct said mediation.

Very truly yours,

Benjamin D. Lentz

BDL:mc

123020 v1

Request Granted. 1/24 at 2:00
Conference Adjourned to _____

*Cheryl Pollack*
U.S. Magistrate Judge
11/10/10